[No. 13423-3-II.  Division Two.  September 24, 1991.]

GLORIA SCHLEA, *Appellant,* v. THE COUNTY OF PIERCE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88-2-05708-2, Donald H. Thompson, J., entered December 1, 1989. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., Alexander, J., dissenting.

[No. 13402-1-II.  Division Two.  September 26, 1991.]

LINDA BREEN, *Appellant,* v. ROMAN GALSTER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85-2-00787-1, David E. Foscue, J., entered November 3, 1989. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Morgan, J.

[No. 13435-7-II.  Division Two.  September 26, 1991.]

PAUL E. NOGES, ET AL, *Appellants,* v. SCOTT CANDOO, *as Guardian ad Litem, Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-08449-5, Arthur W. Verharen, J., entered November 16, 1989. *Reversed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.